UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

         -against-

JOHN LOPINTO, *et al.*,

                Defendants.
------------------------------------------------------------X

**ORDER**
24 CV 6886 (AMD) (CLP)

**POLLAK**, United States Magistrate Judge:

On August 12, 2025, counsel for plaintiff and *pro se* defendant Laren Pisciotti appeared before the undersigned for a conference as requested by Ms. Pisciotti. (See Minute Entry, dated August 13, 2025; see also ECF No. 61). The Court asked plaintiff whether it objected to Ms. Pisciotti communicating with the Court *ex parte*. Plaintiff indicated that it had no objection so long as the *ex parte* discussions related only to Ms. Pisciotti's ongoing lien conflict with her former counsel. (See Minute Entry, dated August 13, 2025). The Court then engaged in an *ex parte* discussion with defendant Pisciotti, the recording and transcript of which shall be sealed. (Id.)

Given Ms. Pisciotti's stated concerns and inability to retain counsel, the Court will provide the proper forms and information to enable her to apply for appointed counsel, as well as information relating to the Pro Se Legal Assistance Clinic located in the Brooklyn Federal Courthouse. Defendant is Ordered to return the form promptly to the Court if she seeks appointed counsel. The status report deadline previously set for **August 22, 2025** remains in effect at this time.

The Court will mail a copy of this Order to defendant Laren Pisciotti. The Clerk is

1

directed to send copies of this Order to all other parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED.**

Dated: Brooklyn, New York
      August 13, 2025                       /s/ Cheryl L. Pollak
                                                 Cheryl L. Pollak
                                                 United States Magistrate Judge
                                                 Eastern District of New York