UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

SECURITIES AND EXCHANGE
COMMISSION,

                      Plaintiff,

             -against-

LOPINTO, *et al.*,

                    Defendants.

-----------------------------------------------------------X

**ORDER**

24 CV 6886 (AMD) (CLP)

**POLLAK**, United States Magistrate Judge:

On October 15, 2025, the Court indicated that due to the lapse in appropriations and government shutdown, this case was stayed (ECF Order, dated October 15, 2025).  The Court Ordered defendant Laren Pisciotti ("Pisciotti") to try to obtain new counsel during the stay.  (Id.) Up until that time, the Court had received various communications from Pisciotti regarding her asserted difficulties in obtaining counsel on behalf of herself and defendant GlobalX VC LLC.

On November 20, 2025, after the conclusion of the government shutdown, the Securities and Exchange Commission filed a Motion to lift the stay and require Pisciotti and GlobalX VC LLC to file a responsive pleading, given the prejudice these repeated delays have caused to the harmed investors in this action.  (ECF No. 70).  The SEC indicated that despite Pisciotti's alleged difficulties in obtaining counsel, on November 11, 2025, Pisciotti and GlobalX VC LLC filed an answer, through counsel, in another action in the District of New Jersey.  (Id.)  Indeed, the SEC argues that that answer responded to allegations similar to those made by the SEC in the case before this Court.

In light of these developments, the Court hereby lifts the stay and sets a final deadline of **December 5, 2025** for Pisciotti and GlobalX VC LLC to file an answer or other responsive pleading.  **No further extensions will be granted**.  The Court reminds Pisciotti that GlobalX VC LLC must be represented by counsel.

The Court will mail and email a copy of this Order to defendant Laren Pisciotti.  The Clerk is directed to send copies of this Order to all other parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED.**

Dated:  Brooklyn, New York

November 21, 2025                    /s/ Cheryl L. Pollak
                                     Cheryl L. Pollak
                                     United States Magistrate Judge
                                     Eastern District of New York

2