JON-JORGE ARAS, ESQ.
**ARAS LAW LLC**
100 E Penn Square, Suite 400
Philadelphia, PA 19107
jonjorge@aras-law.com
215-402-7054

*Attorneys for Defendants GlobalX VC LLC and Laren Pisciotti*

UNITED STATES DISTRICT COURT FOR
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>THE PRE IPO MARKETPLACE INC.;<br>KEYPORT VENTURE PARTNERS, LLC;<br>KEYPORT VENTURE MANAGEMENT, LLC;<br>KEYPORT VENTURE ADVISORS, LLC;<br>PRINCIPAL PRE-IPO CONSULTING GROUP LLC;<br>GLOBALX VC LLC; JOHN LOPINTO; ROBERT<br>WILKOS; and LAREN PISCIOTTI,<br><br>Defendants. | CIVIL ACTION No. 1:24-cv-06886<br><br>**ANSWER AND<br>AFFIRMATIVE DEFENSES** |

Defendants GlobalX VC LLC ("GlobalX") and Laren Pisciotti ("Pisciotti") (collectively, the "Defendants"), by and through undersigned counsel, Aras Law LLC, hereby answer Plaintiff Securities and Exchange Commission's Complaint as follows:

1. The allegations contained in Paragraph 1 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendants deny the same.

2. The allegations contained in Paragraph 2 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendants deny

the same.

3.   Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 3 of the Complaint, and therefore deny the same.

4.   The allegations contained in Paragraph 4 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendants deny the same.

5.   The allegations contained in Paragraph 5 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendants deny the same.

6.   The allegations contained in Paragraph 6 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendants deny the same.

**JURISDICTION AND VENUE**

7.   The allegations contained in Paragraph 7 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendants deny the same.

8.   The allegations contained in Paragraph 8 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendants deny the same.

9.   The allegations contained in Paragraph 9 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendants deny the same. By way of further response, Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 9 of the Complaint, and therefore deny the

same.

## **DEFENDANTS**

10. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 10 of the Complaint, and therefore deny the same.

11. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 11 of the Complaint, and therefore deny the same.

12. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 12 of the Complaint, and therefore deny the same.

13. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 13 of the Complaint, and therefore deny the same.

14. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 14 of the Complaint, and therefore deny the same.

15. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 15 of the Complaint, and therefore deny the same.

16. The allegations contained in Paragraph 16 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendants deny the same.

17. The allegations contained in Paragraph 17 are denied as stated.

18. The allegations contained in Paragraph 18 are denied as stated.

## **OTHER RELEVANT ENTITIES**

19. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 19 of the Complaint, and therefore deny the same.

**FACTS**

20. Defendants deny the allegations contained in Paragraph 20 as they may relate to them and lack sufficient information to admit or deny the allegations as they relate to other parties, and therefore deny the same.

21. Defendants deny the allegations contained in Paragraph 21 as they may relate to them and lack sufficient information to admit or deny the allegations as they relate to other parties, and therefore deny the same.

22. Defendants deny the allegations in Paragraph 22 as they may relate to them and lack sufficient information to admit or deny the allegations as they relate to other parties, and therefore deny the same.

23. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 23 of the Complaint, and therefore deny the same.

24. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 24 of the Complaint, and therefore deny the same.

25. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 25 of the Complaint, and therefore deny the same.

26. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 26 of the Complaint, and therefore deny the same.

27. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 27 of the Complaint, and therefore deny the same.

28. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 28 of the Complaint, and therefore deny the same.

29. Defendants lack sufficient information to admit or deny the allegations contained

in Paragraph 29 of the Complaint, and therefore deny the same.

30. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 30 of the Complaint, and therefore deny the same.

31. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 31 of the Complaint, and therefore deny the same.

32. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 32 of the Complaint, and therefore deny the same.

33. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 33 of the Complaint, and therefore deny the same.

34. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 34 of the Complaint, and therefore deny the same.

35. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 35 of the Complaint, and therefore deny the same.

36. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 36 of the Complaint, and therefore deny the same.

37. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 37 of the Complaint, and therefore deny the same.

38. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 38 of the Complaint, and therefore deny the same.

39. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 39 of the Complaint, and therefore deny the same.

40. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 40 of the Complaint, and therefore deny the same.

41. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 41 of the Complaint, and therefore deny the same.

42. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 42 of the Complaint, and therefore deny the same.

43. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 43 of the Complaint, and therefore deny the same.

44. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 44 of the Complaint, and therefore deny the same.

45. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 45 of the Complaint, and therefore deny the same.

46. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 46 of the Complaint, and therefore deny the same.

47. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 47 of the Complaint, and therefore deny the same.

48. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 48 of the Complaint, and therefore deny the same.

49. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 49 of the Complaint, and therefore deny the same.

50. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 50 of the Complaint, and therefore deny the same.

51. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 51 of the Complaint, and therefore deny the same.

52. Defendants lack sufficient information to admit or deny the allegations contained

in Paragraph 52 of the Complaint, and therefore deny the same.

53. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 53 of the Complaint, and therefore deny the same.

54. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 54 of the Complaint, and therefore deny the same.

55. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 55 of the Complaint, and therefore deny the same.

56. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 56 of the Complaint, and therefore deny the same.

57. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 57 of the Complaint, and therefore deny the same.

58. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 58 of the Complaint, and therefore deny the same.

59. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 59 of the Complaint, and therefore deny the same.

60. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 60 of the Complaint, and therefore deny the same.

61. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 61 of the Complaint, and therefore deny the same.

62. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 62 of the Complaint, and therefore deny the same.

63. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 63 of the Complaint, and therefore deny the same.

64. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 64 of the Complaint, and therefore deny the same.

65.  Pisciotti denies the allegations contained in Paragraph 65 of the Complaint as they may relate to her and lacks sufficient information to admit or deny the allegations as they may relate to other parties, and therefore denies the same.

66. The allegations of Paragraph 66 are denied as stated. By way of further response, the allegations contained in Paragraph 66 refer to documents which speak for themselves, and any characterizations thereof made by Plaintiff are denied.

67. Pisciotti denies the allegations contained in Paragraph 67 of the Complaint as they may relate to her and lacks sufficient information to admit or deny the allegations as they may relate to other parties, and therefore denies the same.

68. Pisciotti denies the allegations contained in Paragraph 68 of the Complaint as they may relate to her and lacks sufficient information to admit or deny the allegations as they may relate to other parties, and therefore denies the same.

69. Pisciotti denies the allegations contained in Paragraph 69 of the Complaint as they may relate to her and lacks sufficient information to admit or deny the allegations as they may relate to other parties, and therefore denies the same.

70. Pisciotti denies the allegations contained in Paragraph 70.

71. Defendants deny the allegations contained in Paragraph 71 of the Complaint as they may relate to them and lack sufficient information to admit or deny the allegations as they may relate to other parties, and therefore deny the same.

72.  Defendants deny the allegations contained in Paragraph 72 of the Complaint as they may relate to them and lack sufficient information to admit or deny the allegations

as they may relate to other parties, and therefore deny the same.

73. Defendants deny the allegations contained in Paragraph 73 of the Complaint as they may relate to them and lack sufficient information to admit or deny the allegations as they may relate to other parties, and therefore deny the same.

74. The allegations contained in Paragraph 74 refer to a document which speaks for itself, and any characterization thereof made by Plaintiff are denied.

75. The allegations contained in Paragraph 75 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations. By way of further response, the allegations contained in Paragraph 75 refer to a document which speaks for itself, and any characterization thereof made by Plaintiff are denied.

76. Defendants deny the allegations contained in Paragraph 76 of the Complaint as they may relate to them and lack sufficient information to admit or deny the allegations as they may relate to other parties, and therefore deny the same.

77. The allegations contained in Paragraph 77 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations.

78. Defendants deny the allegations contained in Paragraph 78 of the Complaint as they may relate to them and lack sufficient information to admit or deny the allegations as they may relate to other parties, and therefore deny the same. By way of further response, the allegations contained in Paragraph 78 refer to a document which speaks for itself, and any characterization thereof made by Plaintiff are denied.

79. Defendant GlobalX denies the allegations contained in Paragraph 79. By way of

further response, the allegations contained in Paragraph 79 refers to a document which speaks for itself, and any characterization thereof made by Plaintiff are denied.

80. Pisciotti denies the allegations contained in Paragraph 80 of the Complaint as they may relate to her and lacks sufficient information to admit or deny the allegations as they may relate to other parties, and therefore deny the same. By way of further response, the allegations of Paragraph 80 of the Complaint contain conclusions of law to which no response is required. To the extent a response is required, Pisciotti denies the allegations.

81. Pisciotti denies the allegations contained in Paragraph 81 of the Complaint as they may relate to her and lacks sufficient information to admit or deny the allegations as they may relate to other parties, and therefore denies the same. By way of further response, the allegations contained in Paragraph 81 refers to a document which speaks for itself, and any characterization thereof made by Plaintiff are denied.

82. The allegations contained in Paragraph 82 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Pisciotti denies the allegations.

83. The allegations contained in Paragraph 83 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Pisciotti denies the allegations. By way of further response, Pisciotti denies the allegations contained in Paragraph 83 of the Complaint as they may relate to her and lacks sufficient information to admit or deny the allegations as they may relate to other parties, and therefore denies the same.

84. The allegations contained in Paragraph 84 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Pisciotti denies the

allegations.

85. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 85 of the Complaint, and therefore deny the same.

86. Pisciotti denies the allegations contained in Paragraph 86 of the Complaint as they may relate to her and lacks sufficient information to admit or deny the allegations as they may relate to other parties, and therefore denies the same.

87. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 87 of the Complaint, and therefore deny the same.

88. The allegations contained in Paragraph 88 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations.

89. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 89 of the Complaint, and therefore deny the same.

90. Pisciotti denies the allegations contained in Paragraph 90 of the Complaint as they may relate to her and lacks sufficient information to admit or deny the allegations as they may relate to other parties, and therefore denies the same.

91. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 91 of the Complaint, and therefore deny the same.

92. Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 92 of the Complaint, and therefore deny the same.

93. Pisciotti denies the allegations contained in Paragraph 93 of the Complaint as they may relate to her and lacks sufficient information to admit or deny the allegations as they may relate to other parties, and therefore denies the same. By way of further response, the

allegations contained in Paragraph 93 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Pisciotti denies the allegations.

94. The allegations contained in Paragraph 94 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations.

95. Pisciotti denies the allegations contained in Paragraph 95 of the Complaint as they may relate to her and lacks sufficient information to admit or deny the allegations as they may relate to other parties, and therefore denies the same.

96. Pisciotti denies the allegations contained in Paragraph 96 of the Complaint as they may relate to her and lacks sufficient information to admit or deny the allegations as they may relate to other parties, and therefore denies the same.

97. Pisciotti denies the allegations contained in Paragraph 97 of the Complaint as they may relate to her and lacks sufficient information to admit or deny the allegations as they may relate to other parties, and therefore denies the same.

**FIRST CLAIM FOR RELIEF**
Violations of Securities Act Sections 17(a)
(All Defendants)

98. Defendants repeat each of their responses set forth in all prior paragraphs of this Answer as if fully set forth herein.

99. The allegations contained in Paragraph 99 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations.

100.    The allegations contained in Paragraph 100 of the Complaint are legal conclusions to which no response is required. To the extent a response is required,

Defendants deny the allegations.

## SECOND CLAIM FOR RELIEF
### Violations of Exchange Act Section 10(b) and Rule 10b-5 Thereunder
### (All Defendants)

101.    Defendants repeat each of their responses set forth in all prior paragraphs of this Answer as if fully set forth herein.

102.    The allegations contained in Paragraph 102 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations.

103.    The allegations contained in Paragraph 103 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations.

## THIRD CLAIM FOR RELIEF
### Violations of Advisers Act Sections 206(1) and (2)
### (Marketplace Defendants, GlobalX, and Pisciotti)

104.    Defendants repeat each of their responses set forth in all prior paragraphs of this Answer as if fully set forth herein.

105.    The allegations contained in Paragraph 105 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, GlobalX denies the allegations as they relate to it.

106.    The allegations contained in Paragraph 106 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Pisciotti denies the allegations as they relate to her.

107.    The allegations contained in Paragraph 107 of the Complaint are legal conclusions to which no response is required. To the extent a response is required,

Defendants deny the allegations as they relate to them.

108.    The allegations contained in Paragraph 108 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations as they relate to them.

109.    The allegations contained in Paragraph 109 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations as they relate to them.

**FOURTH CLAIM FOR RELIEF**
**Violations of Advisers Act Sections 206(4) and Rule 206(4)-8 Thereunder**
**(Marketplace Defendants, GlobalX, and Pisciotti)**

110.    Defendants repeat each of their responses set forth in all prior paragraphs of this Answer as if fully set forth herein.

111.    Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 111 of the Complaint, and therefore deny the same.

112.    The allegations contained in Paragraph 112 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations as they relate to them.

113.    The allegations contained in Paragraph 113 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations as they relate to them.

114.    The allegations contained in Paragraph 114 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations as they relate to them.

**FIFTH CLAIM FOR RELIEF**
**Violations of Securities Act Sections 5(a) and (c)**
**(Marketplace, LoPinto, Wilkos, Principal, and Pisciotti)**

115.    Defendants repeat each of their responses set forth in all prior paragraphs of this Answer as if fully set forth herein.

116.     The allegations contained in Paragraph 116 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Pisciotti denies the allegations as they relate to her.

117.    The allegations contained in Paragraph 117 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Pisciotti denies the allegations as they relate to her.

**SIXTH CLAIM FOR RELIEF**
**Violations of Exchange Act Section 15(a)(1)**
**(Marketplace, LoPinto, Wilkos, Principal, and Pisciotti)**

118.    Defendants repeat each of their responses set forth in all prior paragraphs of this Answer as if fully set forth herein.

119.    The allegations contained in Paragraph 119 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Pisciotti denies the allegations as they relate to her.

120.    The allegations contained in Paragraph 120 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations as they relate to them.

**SEVENTH CLAIM FOR RELIEF**
**Aiding and Abetting Violations of Securities Act Section 17(a)**
**In the Alternative (LoPinto and Wilkos)**

121.    Defendants repeat each of their responses set forth in all prior paragraphs of

this Answer as if fully set forth herein.

122.    Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 122 of the Complaint, and therefore deny the same.

123.    Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 123 of the Complaint, and therefore deny the same.

124.    Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 124 of the Complaint, and therefore deny the same.

## EIGHTH CLAIM FOR RELIEF
### Aiding and Abetting Violations of Securities Act Section 17(a)
### In the Alternative (Pisciotti)

125.    Defendants repeat each of their responses set forth in all prior paragraphs of this Answer as if fully set forth herein.

126.    The allegations contained in Paragraph 126 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations.

127.    The allegations contained in Paragraph 127 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations.

128.    The allegations contained in Paragraph 128 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations.

## NINTH CLAIM FOR RELIEF
### Aiding and Abetting Violations of
### Exchange Act Section 10(b) and Rule 10b-5 Thereunder In the Alternative
### (LoPinto and Wilkos)

129.    Defendants repeat each of their responses set forth in all prior paragraphs of

this Answer as if fully set forth herein.

130.     Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 130 of the Complaint, and therefore deny the same.

131.     Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 131 of the Complaint, and therefore deny the same.

132.     Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 132 of the Complaint, and therefore deny the same.

**TENTH CLAIM FOR RELIEF**
**Aiding and Abetting Violations of**
**Exchange Act Section 10(b) and Rule 10b-5**
**Thereunder In the Alternative**
**(Pisciotti)**

133.     Defendants repeat each of their responses set forth in all prior paragraphs of this Answer as if fully set forth herein.

134.     The allegations contained in Paragraph 134 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations.

135.     The allegations contained in Paragraph 135 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations.

136.     The allegations contained in Paragraph 136 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations.

**ELEVENTH CLAIM FOR RELIEF**
**Aiding and Abetting Violations of Advisers Act Sections 206(1) and (2)**
**In the Alternative (LoPinto and Wilkos)**

137.    Defendants repeat each of their responses set forth in all prior paragraphs of this Answer as if fully set forth herein.

138.    Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 138 of the Complaint, and therefore deny the same.

139.    Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 139 of the Complaint, and therefore deny the same.

140.    Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 140 of the Complaint, and therefore deny the same.

**TWELFTH CLAIM FOR RELIEF**
**Aiding and Abetting Violations of Advisers Act Sections 206(1) and (2)**
**In the Alternative (Pisciotti)**

141.    Defendants repeat each of their responses set forth in all prior paragraphs of this Answer as if fully set forth herein.

142.    The allegations contained in Paragraph 142 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations.

143.    The allegations contained in Paragraph 143 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations.

144.    The allegations contained in Paragraph 144 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations.

**THIRTEENTH CLAIM FOR RELIEF**
**Aiding and Abetting Violations of**
**Advisers Act Section 206(4) and Rule 206(4)-8 Thereunder In the Alternative**
**(LoPinto and Wilkos)**

145.    Defendants repeat each of their responses set forth in all prior paragraphs of this Answer as if fully set forth herein.

146.    Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 146 of the Complaint, and therefore deny the same.

147.    Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 147 of the Complaint, and therefore deny the same.

148.    Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 148 of the Complaint, and therefore deny the same.

**FOURTEENTH CLAIM FOR RELIEF**
**Aiding and Abetting Violations of**
**Advisers Act Section 206(4) and Rule 206(4)-8 Thereunder In the Alternative**
**(Pisciotti)**

149.    Defendants repeat each of their responses set forth in all prior paragraphs of this Answer as if fully set forth herein.

150.    The allegations contained in Paragraph 150 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations.

151.    The allegations contained in Paragraph 151 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations.

152.    The allegations contained in Paragraph 152 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations.

### FIFTEENTH CLAIM FOR RELIEF
**Aiding and Abetting Violations of Securities Act Sections 5(a) and (c)**
**In the Alternative (LoPinto and Wilkos)**

153.    Defendants repeat each of their responses set forth in all prior paragraphs of this Answer as if fully set forth herein.

154.    Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 154 of the Complaint, and therefore deny the same.

155.    Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 155 of the Complaint, and therefore deny the same.

156.    Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 156 of the Complaint, and therefore deny the same.

### SIXTEENTH CLAIM FOR RELIEF
**Aiding and Abetting Violations of Securities Act Sections 5(a) and (c)**
**In the Alternative (Pisciotti)**

157.    Defendants repeat each of their responses set forth in all prior paragraphs of this Answer as if fully set forth herein.

158.    Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 158 of the Complaint, and therefore deny the same.

159.    The allegations contained in Paragraph 159 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Pisciotti denies the allegations.

160.    The allegations contained in Paragraph 160 of the Complaint are legal

conclusions to which no response is required. To the extent a response is required, Pisciotti denies the allegations.

## SEVENTEENTH CLAIM FOR RELIEF
### Aiding and Abetting Violations of Exchange Act Section 15(a)(1)
### In the Alternative (LoPinto and Wilkos)

161.    Defendants repeat each of their responses set forth in all prior paragraphs of this Answer as if fully set forth herein.

162.    Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 162 of the Complaint, and therefore deny the same.

163.    Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 163 of the Complaint, and therefore deny the same.

164.    Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 164 of the Complaint, and therefore deny the same.

## EIGHTEENTH CLAIM FOR RELIEF
### Aiding and Abetting Violations of Exchange Act Section 15(a)(1)
### In the Alternative (Pisciotti)

165.    Defendants repeat each of their responses set forth in all prior paragraphs of this Answer as if fully set forth herein.

166.    The allegations contained in Paragraph 166 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Pisciotti denies the allegations.

167.    The allegations contained in Paragraph 167 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Pisciotti denies the allegations.

168.    The allegations contained in Paragraph 168 of the Complaint are legal

conclusions to which no response is required. To the extent a response is required,

Pisciotti denies the allegations.

## NINETEENTH CLAIM FOR RELIEF
**Violations of Exchange Act Section 10(b) and Rule 10b-5 Thereunder Under
Section 20(a) of the Exchange Act
(LoPinto and Wilkos)**

169.    Defendants repeat each of their responses set forth in all prior paragraphs of

this Answer as if fully set forth herein.

170.    Defendants lack sufficient information to admit or deny the allegations

contained in Paragraph 170 of the Complaint, and therefore deny the same.

171.    Defendants lack sufficient information to admit or deny the allegations

contained in Paragraph 171 of the Complaint, and therefore deny the same.

172.    Defendants lack sufficient information to admit or deny the allegations

contained in Paragraph 172 of the Complaint, and therefore deny the same.

173.    Defendants lack sufficient information to admit or deny the allegations

contained in Paragraph 173 of the Complaint, and therefore deny the same.

## TWENTIETH CLAIM FOR RELIEF
**Violations of Exchange Act Section 10(b) and Rule 10b-5 Thereunder Under
Section 20(a) of the Exchange Act
(Pisciotti)**

174.    Defendants repeat each of their responses set forth in all prior paragraphs of

this Answer as if fully set forth herein.

175.    The allegations contained in Paragraph 175 of the Complaint are legal

conclusions to which no response is required. To the extent a response is required,

Pisciotti denies the allegations.

176.    The allegations contained in Paragraph 176 of the Complaint are legal

conclusions to which no response is required. To the extent a response is required, Pisciotti denies the allegations.

177.    The allegations contained in Paragraph 177 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations.

178.    The allegations contained in Paragraph 178 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations.

**TWENTY-FIRST CLAIM FOR RELIEF**
**Violations of Exchange Act Section 15(a)(1)**
**Under Section 20(a) of the Exchange Act**
**(LoPinto and Wilkos)**

179.    Defendants repeat each of their responses set forth in all prior paragraphs of this Answer as if fully set forth herein.

180.    Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 180 of the Complaint, and therefore deny the same.

181.    Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 181 of the Complaint, and therefore deny the same.

182.    Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 182 of the Complaint, and therefore deny the same.

183.    Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 183 of the Complaint, and therefore deny the same.

**TWENTY-SECOND CLAIM FOR RELIEF**
**Violations of Exchange Act Section 15(a)(1)**
**Under Section 20(a) of the Exchange Act**
**(Pisciotti)**

184.    Defendants repeat each of their responses set forth in all prior paragraphs of this Answer as if fully set forth herein.

185.    Defendants lack sufficient information to admit or deny the allegations contained in Paragraph 185 of the Complaint, and therefore deny the same.

186.    The allegations contained in Paragraph 186 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Pisciotti denies the allegations.

187.    The allegations contained in Paragraph 187 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Pisciotti denies the allegations.

188.    The allegations contained in Paragraph 188 of the Complaint are legal conclusions to which no response is required. To the extent a response is required, Pisciotti denies the allegations.

**WHEREFORE**, Defendants GlobalX VC LLC and Laren Pisciotti demand judgment in their favor, dismissing the Complaint, and any claims arising therefrom, with prejudice, and awarding them attorneys' fees and costs attendant to defending this action and all other relief the Court deems just and proper.

## AFFIRMATIVE AND SEPARATE DEFENSES

### First Defense

The Complaint is barred, in whole or in part, because it fails to state a claim upon which relief may be granted.

### Second Defense

The Complaint is barred, in whole or in part, because it fails to plead fraud with the specificity required by Rule 9(b).

### Third Defense

The Complaint is barred, in whole or in part, because Defendants did not act with scienter and did not knowingly or recklessly engage in any alleged misconduct.

### Fourth Defense

The Complaint is barred, in whole or in part, because Defendants did not act as investment advisers, owed no fiduciary duty to any investor or pooled vehicle, and did not fall within the statutory definition of an investment adviser.

### Fifth Defense

The Complaint is barred, in whole or in part, because Defendants did not act as brokers, sellers, or necessary participants in any securities transactions and therefore cannot be liable under Sections 5 or 15(a).

### Sixth Defense

The Complaint is barred, in whole or in part, because Defendants did not have actual knowledge of any primary violation and therefore cannot be liable for aiding and abetting.

**Seventh Defense**

The Complaint is barred, in whole or in part, because Defendants did not substantially assist any alleged primary violator and therefore cannot be liable for aiding and abetting.

**Eighth Defense**

The Complaint is barred, in whole or in part, because any alleged damages or harm were not proximately caused by Defendants.

**Ninth Defense**

The Complaint is barred, in whole or in part, because Defendants were not control persons and did not culpably participate in any alleged violations.

**Tenth Defense**

The Complaint is barred, in whole or in part, because Defendants acted in good faith and reasonably relied on information provided by others.

**Eleventh Defense**

The Complaint is barred, in whole or in part, because it violates due process through impermissible group pleading and failure to give fair notice of the specific conduct alleged.

**Twelfth Defense**

The Complaint is barred, in whole or in part, by the applicable statute of limitations.

**Thirteenth Defense**

The Complaint is barred, in whole or in part, by the doctrines of estoppel, waiver, and laches.

**Fourteenth Defense**

The Complaint is barred, in whole or in part, because Plaintiff or relevant third parties

failed to mitigate any alleged damages.

### Fifteenth Defense

The Complaint is barred, in whole or in part, because Defendants made no material misrepresentations upon which any person reasonably relied.

### <u>RESERVATION OF RIGHTS</u>

Defendants reserve the right to amend this Answer and assert additional defenses and/or supplement, alter, or change the Answer upon completion of appropriate investigation and discovery.

**ARAS LAW LLC**

*/s/ Jon-Jorge Aras*
Jon-Jorge Aras, Esq.
100 E Penn Square, Suite 400
Philadelphia, PA 19107
jonjorge@aras-law.com
215-402-7054

Dated: December 5, 2025

*Attorneys for Defendants GlobalX VC LLC and Laren Pisciotti*