*rec in pdrive 2/9/26

STATUS REPORT

I, Laren Pisciotti, individually and on behalf of GlobalX VC LLC, submit this Status Report pursuant to the Court's January 28, 2026 Order.

I continue to work with counsel regarding the resubmission of counsel's application for admission pro hac vice. Since the filing of my January 26, 2026 status report, I submitted a Freedom of Information Act appeal only after the Commission converted a previously submitted Office of Inspector General complaint from September 2025 into a FOIA request by letter dated December 4, 2025, and after that converted FOIA request had passed the statutory response period without any written determination or production of records. That appeal has since been assigned to the Securities and Exchange Commission's Office of the General Counsel for review. To date, I have not received any responsive information. This ongoing agency-side process has affected the timing and coordination of counsel's renewed application.

I remain prepared to proceed promptly once representation and record-related issues are resolved and will promptly update the Court upon completion of counsel's resubmission or as otherwise directed.

Dated: February 6, 2026

Respectfully submitted,

/s/ Laren Pisciotti
Laren Pisciotti
Defendant, pro se
(individually and on behalf of GlobalX VC LLC, pending counsel's resubmission)