**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **U.S. SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE PRE IPO MARKETPLACE INC.; KEYPORT VENTURE PARTNERS, LLC; KEYPORT VENTURE MANAGEMENT, LLC; KEYPORT VENTURE ADVISORS, LLC; PRINCIPAL PRE-IPO CONSULTING GROUP LLC; GLOBALX VC LLC; JOHN LOPINTO; ROBERT WILKOS; and LAREN PISCIOTTI,**<br><br>**Defendants.** | **Case No. 24-cv-6886** |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

Pursuant to Rule 1.3(k) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Michael J. Friedman, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for plaintiff U.S. Securities and Exchange Commission in this action.

I am a Senior Trial Attorney with the U.S. Securities and Exchange Commission.

I am an active member in good standing of the bar of the District of Columbia and the bar of the State of New York.

There are no disciplinary proceedings against me in any court.

I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

In support of my motion, I have attached an affidavit pursuant to Local Rule 1.3(k).

Dated: August 26, 2026

By: *<u>/s/ Michael J. Friedman</u>*
Michael J. Friedman
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
Telephone: (202) 551-7977
Email: friedmanmi@sec.gov
Counsel for Plaintiff
U.S. Securities and Exchange Commission