**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **U.S. SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE PRE IPO MARKETPLACE INC.; KEYPORT VENTURE PARTNERS, LLC; KEYPORT VENTURE MANAGEMENT, LLC; KEYPORT VENTURE ADVISORS, LLC; PRINCIPAL PRE-IPO CONSULTING GROUP LLC; GLOBALX VC LLC; JOHN LOPINTO; ROBERT WILKOS; and LAREN PISCIOTTI,**<br><br>**Defendants.** | **Case No. 24-cv-6886** |

**AFFIDAVIT OF MICHAEL J. FRIEDMAN IN SUPPORT OF MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

I, Michael J. Friedman, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a Senior Trial Attorney with the U.S. Securities and Exchange Commission.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the District of Columbia bar and the bar of the State of New York. *See* Exhibit 1.
4. I have never been convicted of a felony.
5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me in any state or federal court.
7. I respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* in Case No. 24-cv-6886 on behalf of plaintiff U.S. Securities and Exchange Commission.
8. Because I am an attorney appearing for a federal agency, the fee requirement is waived.

Dated: August 26, 2026

By: */s/ Michael J. Friedman*

Michael J. Friedman
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
Telephone: (202) 551-7977
Email: friedmanmi@sec.gov
Counsel for Plaintiff
Securities and Exchange Commission