UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **U.S. SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE PRE IPO MARKETPLACE INC.; KEYPORT VENTURE PARTNERS, LLC; KEYPORT VENTURE MANAGEMENT, LLC; KEYPORT VENTURE ADVISORS, LLC; PRINCIPAL PRE-IPO CONSULTING GROUP LLC; GLOBALX VC LLC; JOHN LOPINTO; ROBERT WILKOS; and LAREN PISCIOTTI,**<br><br>**Defendants.** | **No. 24-cv-6886**<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*** |

The motion of Michael J. Friedman for admission to practice *pro hac vice* in the above-captioned action is GRANTED.

Applicant has declared that he is an active member in good standing of the bar of the District of Columbia and the bar of the State of New York, and that his contact information is as follows:

Michael J. Friedman
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
Telephone: (202) 551-7977
Email: friedmanmi@sec.gov

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff Securities and Exchange Commission in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Eastern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____________, 2026 ______________________________________