**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **U.S. SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE PRE IPO MARKETPLACE INC.; KEYPORT VENTURE PARTNERS, LLC; KEYPORT VENTURE MANAGEMENT, LLC; KEYPORT VENTURE ADVISORS, LLC; PRINCIPAL PRE-IPO CONSULTING GROUP LLC; GLOBALX VC LLC; JOHN LOPINTO; ROBERT WILKOS; and LAREN PISCIOTTI,**<br><br>**Defendants.** | **Case No. 24-cv-6886** |

# NOTICE OF APPEARANCE

Please take notice that the following attorney has entered his appearance as counsel in this case for Plaintiff Securities and Exchange Commission. He is admitted or otherwise authorized to practice in this court.


Michael J. Friedman
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
Telephone: (202) 551-7977
Email: friedmanmi@sec.gov


Dated: August 28, 2026


By: *<u>/s/ Michael J. Friedman</u>*
Michael J. Friedman
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
Telephone: (202) 551-7977
Email: friedmanmi@sec.gov
Counsel for Plaintiff
U.S. Securities and Exchange Commission