*** Filed ***
06:24 PM, 12 Oct, 2026
U.S.D.C., Eastern District of New York

October 12, 2026

Hon. Peggy Cross-Goldenberg
United States Magistrate Judge
United States District Court
Eastern District of New York

**Re: SEC v. The Pre IPO Marketplace Inc., et al.**
**Case No. 1:24-cv-06886**

Dear Judge Cross-Goldenberg:

Defendant respectfully requests a 90-day stay of all proceedings, including depositions, discovery, hearings, conferences, court appearances, filing deadlines, and any other litigation-related obligations, due to medical necessity, as supported by the attached physician's certification dated October 12, 2026.

Defendant respectfully requests expedited consideration of this request.

Respectfully submitted,

/s/ Laren Pisciotti
Laren Pisciotti
Defendant, Pro Se

Exhibit A: Medical Certification dated October 12, 2026