180 CHURCH WHERE LIVES CHANGE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 16 2026 ★
BROOKLYN OFFICE

180 CHURCH DETROIT
13660 Stansbury
Detroit, MI 48227

RECEIVED
OCT 16 2026
PRO SE OFFICE

Date: October 13, 2026

**The Honorable Ann M. Donnelly**
United States District Court
Eastern District of New York

**Re: Securities and Exchange Commission v. The Pre IPO Marketplace Inc., et al.**
**Case No. 1:24-cv-06886**

**Subject: A Statement of Support and a Request for Fair and Impartial Consideration of Laren Pisciotti**

Dear Judge Donnelly,

On behalf of the Coalition of Clergy, we respectfully submit this letter concerning the above-captioned matter involving Mr. Laren Pisciotti.

As leaders committed to faith, justice, integrity, and the dignity of every individual, we believe that the administration of justice must be guided by fairness, impartiality, and a careful consideration of the facts and circumstances surrounding each individual case.

We recognize the seriousness of the allegations raised in this proceeding and the responsibility of the Court to examine the evidence and applicable law. At the same time, we respectfully emphasize the importance of ensuring that Mr. Pisciotti receives a fair opportunity to be heard and that the claims against him are evaluated individually, based on the evidence and the applicable legal standards.

Our appeal is not intended to interfere with the Court's independent judgment or to diminish the concerns of any individuals who may have been affected by the events underlying this case. Rather, we seek to affirm the fundamental principles that justice must be administered impartially, that every person deserves due process, and that the outcome of any proceeding should be determined through a fair and lawful process.

REC'D IN PRO SE OFFICE
OCT 16 '26 PM2:34

180° CHURCH
WHERE LIVES CHANGE

As a coalition grounded in faith and moral responsibility, we believe that accountability and compassion can coexist. We respectfully ask that the Court consider all relevant circumstances, distinguish the respective roles and conduct of the parties, and ensure that any determination concerning Mr. Pisciotti is supported by the evidence and the law.

We further encourage a judicial process that upholds both the protection of the public and the rights of every individual appearing before the Court. Our hope is that justice will be served through a process marked by fairness, transparency, and fidelity to the principles of due process.

Thank you for your time and consideration. We offer these remarks with respect for the Court and its solemn responsibility to uphold the rule of law.

Respectfully submitted,

**Pastor Lorenzo Sewell**
Senior Pastor

6

Align top of FedEx® shipping label here

ORIGIN ID:PTKA (248) 755-1896
ISABELLA SEWELL

20609 VAN ANTWERP ST

HARPER WOODS, MI 48225
UNITED STATES US

SHIP DATE: 14OCT26
ACTWGT: 0.10 LB
CAD: 6570280/ROSA2710

TO ANN M DONNELLY
ATTN: PRO SE OFFICE
225 CADMAN PLAZA EAST

BROOKLYN NY 11201
(999) 999-9999
INV:
PO:
REF:
DEPT:

USMS

FedEx Express

E

FRI - 16 OCT 5:0
** 2DAY

TRK# 0201 8786 8245 1155

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 16 2026 ★
BROOKLYN OFFICE

SP EGXA

1120
NY-US EW

Part # 156297-435 RRDB2 EXP 09/27

FedEx

Envelope

Recycle me

4112 FRI 10/16 0754
225 CADMAN PLZ E
346-2592
SP PD:100 Y
EIP 5
11201 1832 99
BROOKLYN,NY