SERCARZ & RIOPELLE, LLP
950 THIRD AVENUE, 31st Floor
NEW YORK, NEW YORK 10022
(212) 586-4900
FACSIMILE (212) 586-1234
www.sercarzandriopelle.com

ROLAND G. RIOPELLE
MAURICE H. SERCARZ*

*Admitted in New Jersey

October 19, 2026

**BY ECF FILING**

Hon. Peggy Cross-Goldenberg
U.S. Magistrate Judge, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Securities And Exchange Commission v. LoPinto et al.,
24-cv-06886-AMD-PCG

Dear Magistrate Judge Cross-Goldenberg:

I represent non-party John Cangialosi in connection with a subpoena served by Defendant Laren Pisciotti in this matter, and with respect to disputes relating to that subpoena. This afternoon, the Court rescheduled a conference in this matter for October 26 at 2 pm and directed "the parties" to appear before it by Zoom at that time. Because Mr. Cangialosi is not a party to the above-referenced matter, I presume he and I need not appear at the conference on October 26.

In addition, I wish to advise the Court that I will be unable to appear on October 26 at 2 pm, because I will be acting as an official poll watcher for the New York State Democratic Party at that time. If the Court does intend for Mr. Cangialosi to be represented at the October 26 conference, I will make arrangements for other counsel to appear for Mr. Cangialosi at that time.

I look forward to receiving the Court's guidance with respect to the October 26 conference.

Respectfully submitted,

*Roland G. Riopelle*

Roland G. Riopelle