# Bachner & Associates, P.C.

Attorneys at Law
111 Broadway
Suite 701
New York, New York 10006

Telephone: (212) 344-7778
Facsimile: (212) 344-7774

www.bhlawfirm.com

Michael F. Bachner*
*also admitted in NJ

New Jersey Office
18 Metzger Drive
West Orange, NJ 07052


October 19, 2026

Magistrate Judge Peggy Cross-Goldenberg
U.S. Magistrate Judge
EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

***Re: Securities And Exchange Commission v. LoPinto et al., 24-cv-06886-AMD-PCG***

Dear Magistrate Judge Cross-Goldenberg:

I represent myself individually, and Jerry Sarabella, in the above-referenced-matter, in connection with a subpoena served by Defendant Laren Pisciotti. Neither Mr. Sarabella nor I are parties to the litigation. This afternoon, the Court rescheduled a conference in this matter from October 20, 2026 to October 26 at 2 pm, and directed "the parties" to appear. Because Mr. Sarabella and I are not a party to this matter, I wish to clarify whether the Order pertains to us.

In addition, on October 26, 2026, I will be flying back from the West Coast and cannot personally appear in court. Should Your Honor require Mr. Sarabella's presence, I will plan for other counsel to appear for him.

Respectfully submitted,
*Michael F. Bachner*
Michael F. Bachner

Cc: All Counsel