RECEIVED VIA EMAIL BY
CLERK OF COURT
OCTOBER 26, 2026; 5:35 PM

**Urgent Formal Medical Disability Accommodation Request**

**From** Laren Pisciotti [redacted]>
**Date** Mon 10/26/2026 5:35 PM
**To** accommodations@nyed.uscourts.gov <accommodations@nyed.uscourts.gov>

**CAUTION - EXTERNAL:**

Dear Disability Access and Accommodations Coordinator,

I am writing to formally request medical disability accommodations in connection with ongoing federal litigation before Magistrate Judge Peggy Cross-Goldenberg in the Eastern District of New York.

I have documented serious cardiac conditions, including PSVT, heart block, and a pacemaker. My treating cardiologist, Dr. Scott Eisenberg, has previously identified my significant PSVT as potentially life-threatening and advised against exposure to stressful environments. These medical opinions have been part of the federal court record since July 14, 2025 (Docket No. 56).

Most recently, Dr. Eisenberg issued a medical opinion advising that I should not participate in significant stressful conditions, including legal and court proceedings, for 90 days.

Despite this medical opinion, the Court denied my requests for medical relief and required my participation in the October 26, 2026 conference. During the proceeding, I experienced cardiac symptoms, informed the judge that I was not feeling well, and ultimately had to disconnect because I was unable to continue.

My medical limitations prevent me from safely meeting the current litigation demands and deadlines, including obligations requiring my personal involvement, whether individually or in connection with entities separately represented by counsel.

**I respectfully request medical disability accommodations consistent with my treating cardiologist's medical opinion, including temporary relief from participation and appropriate extensions of discovery and other litigation deadlines.**

Given the circumstances and the Court's prior denials, I request expedited consideration and guidance regarding the appropriate process for obtaining these accommodations.

Please confirm receipt and advise me of the next steps.

Thank you for your attention.

Respectfully,
Laren Pisciotti

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

[redacted]