**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

*** Filed ***
10:57 AM, 06 Nov, 2026
U.S.D.C., Eastern District of New York

**Pro Se Registration and Consent for Electronic Service of Orders and Notices Issued by the Court in Civil Cases**

Please register me to receive service of documents and notices of electronic filings to my e-mail address via the Court's electronic filing system (ECF). By registering for electronic service, I affirm that:

- I understand that I **waive** my right to receive service of court issued documents by first class mail and that I will no longer receive paper copies of court issued documents such as notices, decisions, opinions, memoranda & orders, orders, judgments and appeal instructions.
  Initial here: LP
- I understand that I will be sent notices of electronic filing via e-mail and upon receipt of a notice, I will be permitted one "free look" at the document by clicking on the hyperlinked document number, at which time I should print or save the document to avoid future charges. **The one 'free look' will expire in 15 days from the date the notice was sent.** After the "free look" is used or expired, the document can be accessed by me through PACER (Public Access to Court Electronic Records) and I may be charged to view the document.
  Initial here: LP
- I understand that it is strongly recommended that I establish a PACER account by visiting the PACER website at www.pacer.gov, which account will allow me to view, print, and download documents at any time for a nominal fee.
  Initial here: LP
- The email address I provided below is valid and I understand I am responsible for checking it on a regular basis. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address.
  Initial here: LP
- I understand that electronic service does **not** allow me to file documents electronically and does **not** mean that I can serve documents by e-mail to the opposing party. I must continue to file all communications regarding my case in paper copy with the Court and serve the opposing party.
  Initial here: LP
- I understand that I must file a consent in each case in which I wish to receive electronic service and that electronic service is not available in Social Security or Immigration cases or for incarcerated litigants.
  Initial here: LP

Date: 11/6/2026 Signature: [signature]

Case No: 1:24-cv-06886 Print Full Name: Laren Pisciotti

Telephone No.: 732-299-8706 Email Address: larenpisciotti@yahoo.com

Home Address: 16 Conover St Manalapan, NJ 07726

Return form to: U.S.D.C., E.D.N.Y. - Pro Se Dept.

225 Cadman Plaza East or 100 Federal Plaza
Brooklyn, NY 11201 Central Islip, NY 11722