UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

November 17, 2026

**Via ECF**

THE HONORABLE PEGGY CROSS-GOLDENBERG
United States Magistrate Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: *SEC v. The Pre IPO Marketplace Inc.*, No. 24-cv-06886-AMD-PCG**
**Request for Modification to November 16, 2026, Order**

Dear Judge Cross-Goldenberg:

Plaintiff Securities and Exchange Commission ("SEC") and Defendant GlobalX VC LLV ("GlobalX") respectfully seek a modification to the Court's Order dated November 16, 2026 (the "Order").

The Order stayed discovery as to Defendant Laren Pisciotti for 90 days, until February 15, 2027, in light of defendant Pisciotti's representations about her medication adjustment and its impact on her ability to meaningfully participate in the litigation without medical complications. The Order included that "[t]he present discovery deadlines as to the other Defendants remain in place." The present discovery deadlines include that the "[p]arties shall complete depositions by December 4, 2026." (Minute Entry for Status Conference held on October 26, 2026.)

The SEC noticed the deposition of GlobalX under Federal Rule of Civil Procedure 30(b)(6) for November 18, 2026. Counsel for GlobalX has informed the SEC that, at the present time, GlobalX intends to designate Pisciotti to testify at the deposition, and that, in light of the Order, GlobalX has no witness prepared to testify on November 18.

Accordingly, the SEC and GlobalX respectfully submit that the discovery period should be extended as to GlobalX solely for the purpose of conducting its deposition, and that GlobalX's deposition (like Pisciotti's deposition) should occur between February 15, 2027, and March 8, 2027.

Respectfully submitted,

*<u>/s/Jon-Jorge Aras</u>*
Jon-Jorge Aras
100 E Penn Square, Suite 400
Philadelphia, PA 19107
(215) 402-7054
jon-jorge@aras-law.com
*Counsel for GlobalX VC LLC*

*<u>/s/</u>*
Michael Friedman
Daniel J. Ball
Securities and Exchange Commission
(202) 551-7977 (Friedman)
(202) 551-5987 (Ball)
friedmanmi@sec.gov
balldan@sec.gov
*Counsel for Plaintiff*